IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTEZ TALLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 18-1685 |
| PA DEPT. OF CORRECTIONS, *et al*., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM ORDER

Pending before the Court are the objections by *pro se* Plaintiff Quintez Talley (ECF No. 11), to the April 10, 2019, Report and Recommendation of the Magistrate Judge (ECF No. 9), which recommended that the Complaint be summarily dismissed pre-service for failure to state a claim pursuant to the screening provisions of 28 U.S.C. §§ 1915(e)(2) and 1915A.

The Court has reviewed the matter and concludes that the Report and Recommendation correctly analyzes the issues and makes a sound recommendation. Upon consideration of the Complaint, together with the Report and Recommendation and objections filed by Plaintiff, and after undertaking a *de novo* review of the record,

IT IS HEREBY **ORDERED** that Plaintiff's Motion for The Court to Take Judicial Notice of the Docket in Case No. 16-cv-1318 (ECF No. 10) is **GRANTED**;

IT IS FURTHER **ORDERED** that Plaintiff's Objections are **OVERRULED** as they are without merit.

IT IS FURTHER **ORDERED** that the Complaint is **DISMISSED** for failure to state a claim pursuant to the screening provisions of 28 U.S.C. §§ 1915(e)(2) and 1915A and leave to

1

amend is **DENIED** as futile as the factual scenario upon which Plaintiff bases his claims does not prove any conceivable avenue for legal recourse.[1]

IT IS FURTHER **ORDERED** that the Report and Recommendation of the Magistrate Judge, dated April 10, 2019, hereby is **ADOPTED** as the Opinion of the District Court.

The Clerk of Court is **ORDERED** to mark this case closed.

**SO ORDERED** this 3rd day of May, 2019.

/s *Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:    Honorable Cynthia Reed Eddy
United States Magistrate Judge

QUINTEZ TALLEY
KT 5091
SCI Fayette
48 Overlook Drive
LaBelle, PA 15450-0999
(via U.S. First Class Mail)

---

[1] Plaintiff's state tort claims, i.e., conspiracy, legal malpractice, invasion of privacy, and intrinsic fraud / extrinsic fraud are dismissed without prejudice for want of jurisdiction.